STEVEN M. CASTLE ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STONINGTON ET AL.

The motion by the defendant Dorr-Oliver, Inc., to dismiss the appeal of Ruth L. Latham et al. from the Court of Common Pleas in New London County is granted.

*Richard F. Corkey*, for the appellee (defendant Dorr-Oliver, Inc.), and *Joseph J. Purtill*, for the appellee (named defendant).

*Francis J. McNamara, Jr.*, and *Joseph F. Regan*, for the appellants (Ruth L. Latham et al.).

Argued June 7—decided June 8, 1966

INTERSTATE FUR MANUFACTURING COMPANY, INC., ET AL. *v.* REDEVELOPMENT AGENCY OF THE CITY OF DANBURY

The motion by the plaintiff Harry Fogal for partial disbursement of funds on deposit with the clerk of the Superior Court in the appeal from the Superior Court in Fairfield County is denied.

*Lawrence B. Schwartz*, in support of the motion.